# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0195. WILLIAM PAUL BRADLEY, JR. v. HONORABLE F. GATES PEED.**

After due consideration, we hereby DENY William Paul Bradley, Jr.'s emergency motion for a stay of trial court proceedings.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  05/18/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*